BONNIE-B CORPORATION, Appellant, v. I. BECK, INC., Respondent.— Action brought by plaintiff, as assignee of Isidore Silverberg, assignee of the receiver of the Bonnie-B Co., Inc., to recover for breach of an alleged contract for the purchase from the Bonnie-B Co., Inc., of talcum powder. Judgment unani-

mously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.